**FILED**

APR 0 9 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

1 | NINA WILDER (CA SBN 100474)
WEINBERG & WILDER
2 | 523 Octavia Street
San Francisco, California 94102
3 | Tel.   (415) 431-3472
FAX   (415) 552-2703
4 | ninawilder@aol.com

5 | Attorney for Defendant
DANIEL ALEJANDRO GONZALEZ
6

7 | UNITED STATES DISTRICT COURT

8 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,      )      No. CR-08-730-WHA
                                  )
11 |           Plaintiff,          )
                                  )
12 |                               )   **STIPULATION TO VACATE DETENTION**
                    vs.           )   **HEARING; DEFENDANT'S WAIVER**
13 |                               )   **WITHOUT PREJUDICE OF A DETENTION**
                                  )   **HEARING; [Proposed] ORDER**
14 | DANIEL ALEJANDRO GONZALEZ,)
                                  )   Date:  April 10, 2009
15 |                               )   Time:  9:30 a.m.
                                  )   Courtroom G
           Defendant.             )
16 | _____ )

17 |        Upon further consideration and discussion with his attorney, defendant DANIEL

18 | ALEJANDRO GONZALEZ waives his detention hearing currently set on April 10, 2009,

19 | without prejudice to his right to move for a detention hearing at a future date.  Further, defendant

20 | waives his right to a detention hearing within the time limits set forth in 18 U.S.C. § 3142(f).

21 |        Accordingly, the parties agree, through their undersigned attorneys, that the hearing on

22 | April 10, 2009 shall be vacated.  Time has been excluded under the Speedy Trial Act to June 24,

23 | 2009 as to all defendants in this case.

24

25 | STIPULATION TO VACATE
DETENTION HEARING; ORDER
26 | (CR-08-730-WHA)                               1

1 | Dated:   April 8, 2009

2

JOSEPH P. RUSSONIELLO

United States Attorney

3

4 

By:  /s/ W.S. Wilson Leung
W.S. WILSON LEUNG

5 

Assistant United States Attorney

6

Dated: April 8, 2009

WEINBERG & WILDER

7

8

9

By: /s/ Nina Wilder
NINA WILDER
Attorneys for Defendant

10

DANIEL ALEJANDRO GONZALEZ

**IT IS SO ORDERED.**

11

12 | Dated:

13 

**Maria Elena James**

HON~~ORABLE BERNARD ZIMMERMAN~~
Unit~~e~~d States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION TO VACATE
DETENTION HEARING; ORDER

26 | (CR-08-730-WHA)                                2