NINA WILDER (CA SBN 100474)
WEINBERG & WILDER
Attorneys at Law
523 Octavia Street
San Francisco, California 94102
Tel.   (415) 431-3472
FAX  (415) 552-2703
ninawilder@aol.com

Attorney for Defendant
DANIEL ALEJANDRO GONZALEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-730-WHA |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION TO CONTINUE SENTENCING HEARING;** ~~(PROPOSED)~~ **ORDER** |
| DANIEL ALEJANDRO GONZALEZ, | ) | DATE:   April 27, 2010 |
| | ) | TIME:   2:00 p.m. |
| Defendant. | ) | JUDGE: Hon. William H. Alsup |

IT IS HEREBY AGREED by the parties, through their undersigned attorneys, with the assent of the U.S. Probation Office, that the date for sentencing defendant Daniel Gonzalez shall be continued to May 19, 2010 at 2:00 p.m.

The additional time is required to assemble defendant's medical records, as well as other documentation, that are needed to complete the presentence investigation and report.

Dated:  March 29, 2010                                JOSEPH P. RUSSONIELLO
                                                                         United States Attorney

                                                                         By:  /s/ W.S. Wilson Leung
                                                                         WILSON LEUNG
                                                                         Assistant United States Attorney
///

Stipulation To Continue Sentencing
Hearing; ~~(Proposed)~~ Order (CR-08-730-WHA)                1

1 | Dated: March 29, 2010

WEINBERG & WILDER

By: /s/ Nina Wilder
  NINA WILDER

Attorney for Defendant
DANIEL ALEJANDRO GONZALEZ

**IT IS SO ORDERED.**

Dated:   April 2, 2010.

HONORABLE WILLIAM H. ALSUP
United States District Judge

IT IS SO ORDERED
Judge William Alsup

Stipulation To Continue Sentencing
Hearing; (Proposed) Order (CR-08-730-WHA)            2